UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10581
Summary Calendar
_____

RICKY EUGENE MORROW,

Plaintiff-Appellant,

versus

FEDERAL BUREAU OF INVESTIGATION; UNITED STATES
DEPARTMENT OF JUSTICE,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:92-CV-2399-R)
_____

March 21, 1996
Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Ricky Eugene Morrow appeals the partial summary judgment awarded the FBI, challenging the court's conclusion that the identities of FBI agents, law enforcement personnel, witnesses, and third parties were exempt from disclosure under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. The Government bears the burden of establishing that this information compiled for law enforcement purposes is exempted under the FOIA because it could reasonably be expected to "constitute an unwarranted invasion of personal privacy". 5 U.S.C. §§ 552(a)(4)(B) & (b)(7)(C). We have

[*]    Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

reviewed the record and conclude that the district court had an adequate factual basis for its decision, and that it was not clearly erroneous. *See* **Villanueva v. Dep't of Justice**, 782 F.2d 528, 530 (5th Cir. 1986).

Morrow's motion for *in camera* inspection is DENIED.

**AFFIRMED.**